■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN A., Appellant. [38 NYS3d 922]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Queens County (Wong, J.), imposed October 13, 2015, on the ground that the amended sentence was excessive.

Ordered that the amended sentence is affirmed.

The defendant's purported waiver of the right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Brown*, 122 AD3d 133 [2014]), and, thus, does not preclude review of his excessive sentence claim.

However, the amended sentence was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi, Miller and Brathwaite Nelson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW COLLETTA, Appellant. [38 NYS3d 915]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 15, 2013 (*People v Colletta*, 106 AD3d 927 [2013]), affirming a judgment of the Supreme Court, Queens County, rendered December 16, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Rivera, Dillon and Balkin, JJ., concur.